UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAROLE J. ANDRADE,**

    **Plaintiff,**

**v.**                                                      Case No.  8:05-cv-1577-T-30MSS

**WYETH, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff Carole J. Andrade's Motion to Lift Stay (Dkt. 30) and Defendant Wyeth, Inc.'s Motion to Strike Plaintiff's Motion for Remand and Notice of Compliance with Stay (Dkt. 29-1).  As this case will be transferred to the Multi-District Litigation (MDL) Court in Arkansas, this Court will refrain from addressing the issues in the parties respective pleadings and allow the MDL Court to resolve the issues contained therein.  Upon review and consideration it is ORDERED AND ADJUDGED that:

    1.    Plaintiff Andrade's Motion to Lift Stay is **DENIED**.

    2.    Defendant Wyeth's Motion to Strike is **DENIED**.

    3.    All pending Motions filed subsequent to the stay will be transferred to the MDL Court for resolution.

**DONE** and **ORDERED** in Tampa, Florida on October 12, 2005.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1577 Denial of Motions due to MDL transfer.frm